# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**SUMMONS IN A CRIMINAL CASE**

**UNITED STATES OF AMERICA**
v.                                                          Case. No. **3:15CR163-01**
**MORRIS CEPHAS, SR.**
*(please see additional page for personal identifiers)*

COPY

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

PLACE: **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

COURTROOM:
5400
Initial Appearance

DATE & TIME:
10/28/2015 at 3:15 p.m.

Before: **Honorable David J. Novak, United States Magistrate Judge**
To answer a(n):

☒ Indictment  ☐ Superseding Indictment  ☐ Criminal Information  ☐ Complaint
☐ Order of Court  ☐ Sealed Order of Court
☐ Petition on Supervised Release  ☐ Petition on Probation
☐ Violation of Pretrial Release  ☐ Violation Notice

Charging you with a violation of: **18:371 & 286, 18:287 & 18:2; 18:641 & 18:2, 18:1001 and 18:1957 & 18:2**
Brief description of offense(s): **PLEASE SEE COPY OF INDICTMENT ATTACHED TO SUMMONS**

**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
**UNITED STATES PRETRIAL SERVICES**
**Suite 1150**
**701 East Broad Street**
**Richmond, Virginia 23219**
**(804) 916-2800**

_____
Signature of Issuing Officer

**October 08, 2015**
Date

**Robert L. Walker, Deputy Clerk**
Name and Title of Issuing Officer

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.                               Case. No. **3:15CR163-02**
**CHIROYA CEPHAS a/k/a: "Chiroya Screen"**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

PLACE: **UNITED STATES DISTRICT COURT**
            **701 EAST BROAD STREET**
            **RICHMOND, VIRGINIA 23219**

COURTROOM: 5400
Initial Appearance

DATE & TIME:
10/28/2015 at 3:15 p.m.

Before: **Honorable David J. Novak, United States Magistrate Judge**
To answer a(n):

☒ **Indictment** ☐ **Superseding Indictment** ☐ **Criminal Information** ☐ **Complaint**
☐ **Order of Court** ☐ **Sealed Order of Court**
☐ **Petition on Supervised Release** ☐ **Petition on Probation**
☐ **Violation of Pretrial Release** ☐ **Violation Notice**

Charging you with a violation of: 18:371 & 286, 18:287 & 18:2; 18:641 & 18:2, 18:1001 and 18:1957 & 18:2
Brief description of offense(s): **PLEASE SEE COPY OF INDICTMENT ATTACHED TO SUMMONS**

**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
**UNITED STATES PRETRIAL SERVICES**
**Suite 1150**
**701 East Broad Street**
**Richmond, Virginia 23219**
**(804) 916-2800**

_____
Signature of Issuing Officer

**October 08, 2015**
Date

**Robert L. Walker, Deputy Clerk**
Name and Title of Issuing Officer