AO83 (Rev. 08/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION



FILED
OCT 19 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.                                            Case. No. 3:15CR163-01
**MORRIS CEPHAS, SR.**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

PLACE: **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

COURTROOM:
**5400**
Initial Appearance

DATE & TIME:
10/28/2015 at 3:15 p.m.

Before: **Honorable David J. Novak, United States Magistrate Judge**
To answer a(n):

☒ Indictment   ☐ Superseding Indictment   ☐ Criminal Information   ☐ Complaint
☐ Order of Court   ☐ Sealed Order of Court
☐ Petition on Supervised Release   ☐ Petition on Probation
☐ Violation of Pretrial Release   ☐ Violation Notice

Charging you with a violation of: 18:371 & 286, 18:287 & 18:2; 18:641 & 18:2, 18:1001 and 18:1957 & 18:2
Brief description of offense(s): **PLEASE SEE COPY OF INDICTMENT ATTACHED TO SUMMONS**

**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
**UNITED STATES PRETRIAL SERVICES**
**Suite 1150**
**701 East Broad Street**
**Richmond, Virginia 23219**
**(804) 916-2800**

_____           October 08, 2015
Signature of Issuing Officer                Date

**Robert L. Walker, Deputy Clerk**
Name and Title of Issuing Officer

# RETURN OF SERVICE

This summons was received by me:

Date: 10/13/15

Name of Server: B.C. Rooks    Title: DUSM

Check one box below to indicate appropriate method of service:

☒ personally served the summons on the defendant on: [date] 10/13/15 or AT 11300 Woodford Place

☐ On [date], I left the summons at the defendant's residence or usual place of abode on with [name], a person of suitable age and discretion who resides there, and I mailed a copy of the summons to the defendant's last known address; or

☐ On [date], I delivered a copy of the summons to [name] who is authorized to receive service of process on behalf of [organization], and I mailed a copy to the organization's last known address within the district or to its principal place of business in the United States; or

☐ On [date], the summons was returned unexecuted because: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 65.00 | 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct to the best of my knowledge and belief.

Executed on 10/13/2015
Date

Signature of Server

701 E. Broad Street, Richmond VA.
Address of Server