UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA,**

**v.**  Case No. **3:15CR163-JRS-2**

**MORRIS CEPHAS, SR.,** *et al.*,

**Defendants.**

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. Braxton Hill, IV of the law firm Christian & Barton, LLP hereby notes his appearance as co-counsel for defendant Chiroya Cephas.

Date:  December 16, 2015

Respectfully submitted,

CHIROYA CEPHAS

By Counsel

s/ R. Braxton Hill, IV
R. Braxton Hill, IV (VSB No. 41539)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:   (804) 697-4108
Fax.:  (804) 697-6108
Email:  bhill@cblaw.com

Robert J. Wagner
OFFICE OF THE FEDERAL PUBLIC DEFENDER
701 East Broad Street, Suite 3600
Richmond, Virginia  23219
Tel.:   (804) 565-0808
Fax:   (804) 648-5033
Email: robert_wagner@fd

*Counsel for Defendant Chiroya Cephas*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel:

| | |
|---|---|
| S. David Schiller<br>OFFICE OF THE U.S. ATTORNEY<br>SunTrust Building<br>919 East Main Street, Suite 1900<br>Richmond, Virginia 23219<br>Tel.:   (804) 819-5400<br>Email: David.Schiller@usdoj.gov | John S. Davis, V<br>WILLIAMS MULLEN<br>200 South 10th Street, 16th Floor<br>P.O. Box 1320<br>Richmond, Virginia<br>Tel.:   (804) 420-6296<br>Fax:   (804) 520-6507<br>Email: jsdavis@wiliasmmullen.com |
| *Counsel for the United States* | *Counsel for Defendants Morris Cephas, Sr. and Cephas  Industries, Inc.* |
| | s/ R. Braxton Hill, IV<br>R. Braxton Hill, IV (VSB No. 41539)<br>CHRISTIAN & BARTON, LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095<br>Tel.:       (804) 697-4108<br>Fax.:      (804) 697-6108<br>Email:  bhill@cblaw.com |
| | *Counsel for Defendant Chiroya Cephas* |